

# NUMBER 13-10-00153-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE PLAYBOY ENTERPRISES, INC.

## On Petition for Writ of Mandamus and/or Prohibition and Emergency Motion for Temporary Relief and Stay.

## MEMORANDUM OPINION

## Before Chief Justice Valdez and Justices Yañez and Rodriguez Per Curiam Memorandum Opinion[1]

Relator, Playboy Enterprises, Inc., filed a "Petition for Writ of Mandamus and/or Prohibition" and an "Emergency Motion for Temporary Relief and Stay" in the above cause on March 30, 2010. The Court, having examined and fully considered the petition for writ of mandamus and/or prohibition, and the emergency motion for temporary relief and stay,

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

is of the opinion that relator has not shown itself entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion for temporary relief and stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the
31st day of March, 2010.